Bokor, Appellant, *v.* The Monongahela Connecting Railroad Co. et al.

Argued October 2, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Albert D. Brandon,* with him *Frank J. Kernan,* for appellant.

*V. C. Short,* with him *Kirkpatrick, Lockhart, Johnson & Hutchinson,* for appellee.

OPINION PER CURIAM, January 9, 1970:
Judgment affirmed.

Mr. Justice POMEROY took no part in the consideration or decision of this case.